UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | No.  00-30067 |
| ) | |
| NATHAN L. ANDRESEN, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| BALLARD TILE COMPANY, ) | |
| ) | |
| Garnishee.   ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

The United States has applied for a Writ of Continuing Earnings Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205(c)(2).

THEREFORE IT IS ORDERED that a Writ of Continuing Earnings Garnishment submitted by the Government shall be issued.

IT IS THEREFORE SO ORDERED.

ENTER:   November 6, 2006.
    FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE